■

155 A.3d 891

**IN RE: C. E.**

**Pet. Docket No. 558, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 464, Sept. Term, 2016).

Petition for writ of certiorari granted

■

155 A.3d 891

**U. OF MD. MEDICAL SYSTEM CORP.**

**v.**

**KERRIGAN**

**Pet. Docket No. 564, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Opinion of the Court of Special Appeals unreported (No. 1710, Sept. Term, 2015).

Petition for writ of certiorari granted